RECEIVED

FEB 2 8 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| NORMAN PAUL TRAHAN<br>LA. DOC #372110<br>VS. | CIVIL ACTION NO. 6:11-cv-1829<br>SECTION P<br>JUDGE DOHERTY |
| LAFAYETTE PARISH SHERIFF'S<br>OFFICE, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief might be granted in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 28 day of February, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE